IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL BROWN                                                                                         PLAINTIFF

v.                                              NO. 3:05CV00103 HDY

JO ANNE B. BARNHART,                                                                        DEFENDANT
Commissioner of the Social
Security Administration

## ORDER

Plaintiff Michael Brown ("Brown") has filed the pending motion to dismiss without prejudice. See Document 12. He requests the dismissal of his complaint in the litigation at bar so that he can litigate his claim in Brown v. Barnhart, 3:05CV00262 JTR. His motion is granted. The complaint at bar is dismissed so that he can litigate his claim in Brown v. Barnhart, 3:05CV00262 JTR. Judgment will be entered accordingly.

IT IS SO ORDERED this __22__ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE