IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL BROWN                                                                                          PLAINTIFF

v.                                          NO. 3:05CV00103 HDY

JO ANNE B. BARNHART,                                                                          DEFENDANT
Commissioner of the Social
Security Administration

## JUDGMENT

In accordance with the Order entered this day dismissing without prejudice the complaint filed by plaintiff Michael Brown, judgment is entered for defendant Jo Anne B. Barnhart.

IT IS SO ORDERED this ___22___ day of November, 2005.

_____
UNITED STATES MAGISTRATE JUDGE